# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY OF CANADA, as Subrogee, of SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC., | |
|       Plaintiff, | CAUSE NO. |
| vs. | |
| DUANE E. CRISLIP and GLM TRANSPORT, INC., | |
|       Defendants. | |

## COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, OLD REPUBLIC INSURANCE COMPANY OF CANADA, as Subrogee, of SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC., by and through its attorneys, Brandon J. Kroft and Alexander A. Fay of CASSIDAY SCHADE LLP, and for its Complaint, states as follows:

## I.      JURISDICTION AND VENUE

1.      This Court has original jurisdiction pursuant to 28 U.S.C. §1332 based on the fact there is diversity of citizenship, Plaintiff is a Business of a Foreign State, and because the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs.

2.      Venue is proper in the United States District Court for the Northern District of Indiana pursuant to 28 U.S.C. §1391(b)(2) and §1391(c) as the accident giving rise to this dispute occurred within the district, and one of the Defendants has its principal place of business within the district.

## II.    PARTIES

3.      The Plaintiff, OLD REPUBLIC INSURANCE COMPANY OF CANADA ("Old Republic"), is a duly organized Canadian entity engaged in the business of providing insurance coverage, including motor vehicle insurance coverage for operation in Canada and the United States, with a principal place of business in Canada.

4.      Defendant, DUANE E. CRISLIP (hereinafter referred to as "Mr. Crislip"), is an adult natural person domiciled at 8096 Hartman Road, Wadsworth, Ohio 44281 and is a citizen of Ohio where he resides.

5.      Defendant, GLM TRANSPORT INC. (hereinafter referred to as "GLM"), at all times relevant hereto, is and was a corporation engaged in the trucking business with a principal office located at 7877 U.S. 27 S., Berne, Indiana 46711

## III.    FACTUAL ALLEGATIONS

6.      Plaintiff incorporates herein by reference the allegations contained within rhetorical Paragraphs 1 through 5 of this Complaint.

7.      Old Republic issued a Commercial Automobile Insurance Policy (No. T70040E) with Star Van listed as an insured and which provided, among other things, coverage for property damage caused to Star Van vehicles ("the Old Republic Policy").

8.      On February 18, 2021, Mr. Crislip was operating a tractor/trailer owned by GLM.

9.      Mr. Crislip was working within the course and scope of his employment or agency with GLM.

10.      On February 18, 2021, Mr. Crislip was operating a tractor/trailer and was traveling south on Interstate 69 near the 261 mile marker in Grant County, Indiana.

2

11.     On February 18, 2021, Mr. Crislip was illegally stationed on the shoulder lane for an unknown amount of time.

12.     The location Mr. Crislip chose to park his tractor/trailer was just over a hillcrest, making it difficult for drivers behind him to see his illegally stationed tractor/trailer until they crested the hill.

13.     On February 18, 2021, Marion M. Ricu (hereinafter referred to as "Mr. Ricu"), was operating a tractor/trailer owned by Star Van Systems and insured by the Old Republic Policy.

14.     On February 18, 2021, Marion M. Ricu was traveling south on Interstate 69 near the 261 mile marker.

15.     On February 18, 2021, while legally and properly operated by Mr. Ricu, the tractor/trailer collided with Mr. Crislip's tractor/trailer as Mr. Crislip was attempting to merge back into the driving lane.

### IV.     COUNT I - NEGLIGENCE

16.     Plaintiff incorporates herein by reference the allegations contained within rhetorical Paragraphs 1 through 15 of this Complaint.

17.     On February 18, 2021, and at all times, it was the duty of Mr. Crislip to operate his tractor/trailer, while on a public roadway, in a legal, appropriate and reasonable manner, for the safety of other persons and property, including the tractor/trailer unit being operated by Mr. Ricu and owned by Star Van Systems, Inc.

18.     In breach of that duty, Mr. Crislip was guilty of one of more of the following carless and negligent acts or omissions:

    a.     Failed to properly control his tractor/trailer on a public roadway;

    b.     Illegally parked his tractor/trailer on the interstate;

    c.     Failed to maintain an appropriate lookout while operating his tractor/trailer on a public roadway;

    d.     Failed to yield the right of way to persons and vehicles lawfully and appropriately on a public roadway;

    e.     Failed to yield the right of way to oncoming traffic;

    f.     Failed to operate a motor vehicle on a public roadway without consideration of the existing conditions; and

    g.     Otherwise carelessly and negligently operated his tractor/trailer on a public roadway.

19.     On February 18, 2021, Mr. Ricu was lawfully and appropriately operating a tractor/trailer and was without fault.

20.     The tractor/trailer Mr. Ricu was operating at the time sustained damage as a result of the collision.

21.     As a result of the collision, Old Republic and Star Van made payments associated with the repair of the tractor/trailer that Mr. Ricu was operating in excess of $75,000.

22.     As a direct and proximate result of the carelessness and negligence of Mr. Crislip, Old Republic and Star Van suffered personal property damage and has incurred expenses to repair and/or replace said personal property.

## V.    COUNT II – RESPONDEAT SUPERIOR

23.     Plaintiff incorporates herein by reference the allegations contained within rhetorical Paragraphs 1 through 22 of this Complaint.

24.     Mr. Crislip was an employee and/or agent of GLM and was operating the tractor/trailer in the course of and within the scope of said agency.  Accordingly, GLM is vicariously liable for the acts of Mr. Crislip.

25.     That at all times relevant herein, GLM, by and through its duly authorized employee or agent, Mr. Crislip, owed a duty to the general public and specifically the Plaintiff herein, to use reasonable care in the operation of his tractor/trailer on the public roadways.

26.     Mr. Crislip, while acting within the scope of said agency with GLM, failed to operate his tractor/trailer, while on a public roadway, in a legal, appropriate and reasonable manner.

27.     Yet, notwithstanding said duty, GLM, through the acts or omissions of its employee or agent, Mr. Crislip, was then and there guilty of one or more of the following acts:

a.     Failed to properly control his tractor/trailer on a public roadway;

b.     Illegally parked his tractor/trailer on the interstate;

c.     Failed to maintain an appropriate lookout while operating his tractor/trailer on a public roadway;

d.     Failed to yield the right of way to persons and vehicles lawfully and appropriately on a public roadway;

e.     Failed to yield the right of way to oncoming traffic;

f.     Failed to operate a motor vehicle on a public roadway without consideration of the existing conditions; and

g.     Otherwise carelessly and negligently operated his tractor/trailer on a public roadway.

28.     That as a direct and proximate result of one or more of the aforesaid wrongful acts of GLM, Old Republic and Star Van suffered personal property damage and has incurred expenses to repair and/or replace said personal property.

WHEREFORE, Plaintiff, OLD REPUBLIC INSURANCE COMPANY OF CANADA, as Subrogee, of SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC., prays for judgment against the Defendants, Duane E. Crislip, and GLM Transport Inc., in a just and proper sum, for the costs of this action, for pre-judgment interest and for all other just and proper relief.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: _/s/ Brandon J. Kroft_
    One of the Attorneys for Plaintiff
    OLD REPUBLIC INSURANCE COMPANY
    OF CANADA, as Subrogee, of SVS
    TRANSPORTATION, INC. and STAR VAN
    SYSTEMS, INC.

Brandon J. Kroft, #23400-64
Alexander A. Fay, #36447-49
CASSIDAY SCHADE LLP
101 W. Ohio Street, Suite 1275
Indianapolis, IN  46204
(317) 613-2350 – Telephone
(317) 613-2399 – Fax

## JURY DEMAND

Plaintiff, OLD REPUBLIC INSURANCE COMPANY OF CANADA, as Subrogee, of SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC., by and through its attorneys, Brandon J. Kroft and Alexander A. Fay of CASSIDAY SCHADE LLP, demand a trial by jury.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: _/s/ Brandon J. Kroft_
  One of the Attorneys for Plaintiff
  OLD REPUBLIC INSURANCE COMPANY
  OF CANADA, as Subrogee, of SVS
  TRANSPORTATION, INC. and STAR VAN
  SYSTEMS, INC.

Brandon J. Kroft, #23400-64
Alexander A. Fay, #36447-49
CASSIDAY SCHADE LLP
101 W. Ohio Street, Suite 1275
Indianapolis, IN  46204
(317) 613-2350 – Telephone
(317) 613-2399 – Fax