# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY OF CANADA, as Subrogee, of SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC., and SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC. individually<br><br>    Plaintiff,<br><br>vs.<br><br>DUANE E. CRISLIP and GLM TRANSPORT, INC.,<br><br>    Defendants. | CAUSE NO. 1:22-cv-00073-HAB-SLC |

## SUPPLEMENTAL JURISDICTIONAL STATEMENT

NOW COME the Plaintiffs, OLD REPUBLIC INSURANCE COMPANY OF CANADA, as Subrogee of SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC. and SVS TRANSPORTATION, INC. and STAR VAN SYSTEMS, INC., individually, by and through their attorneys, Brandon J. Kroft and Alexander Fay of CASSIDAY SCHADE LLP, state as follows:

1. Plaintiffs filed a complaint in this matter on March 3, 2022 (hereinafter, "Complaint"). (ECF 1.)

2. Plaintiffs then filed an amended complaint on March 9, 2022 (hereinafter, "Amended Complaint"). (ECF 6.)

3. In both the Complaint and Amended Complaint, Plaintiffs base the subject matter jurisdiction of this Court upon diversity of citizenship pursuant to 28 U.S.C. § 1332. (ECF 1, 6).

4. On March 21, 2022, this Court ordered that Plaintiffs file, no later than April 4, 2022, a supplemental jurisdictional statement that more fully pleads factual allegations pertaining

to the citizenship of Defendant, GLM Transport, Inc., for purposes of invoking diversity jurisdiction in this matter. (ECF 12).

5.  Defendant, GLM Transport, Inc., at all times relevant hereto, was a corporation engaged in the trucking business with a principal office located at 7877 U.S. 27 S., Berne, Indiana 46711, and was incorporated under the laws of the State of Indiana.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

By: */s/ Alexander A. Fay*
    One of the Attorneys for Plaintiff
    OLD REPUBLIC INSURANCE COMPANY
    OF CANADA, as Subrogee, of SVS
    TRANSPORTATION, INC. and STAR VAN
    SYSTEMS, INC., and SVS
    TRANSPORTATION, INC. and STAR VAN
    SYSTEMS, INC. individually.

Brandon J. Kroft, #23400-64
Alexander A. Fay, #36447-49
CASSIDAY SCHADE LLP
101 W. Ohio Street, Suite 1275
Indianapolis, IN  46204
(317) 613-2350 – Telephone
(317) 613-2399 – Fax